UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-CR-20498-MIDDLEBROOKS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DONALD ZAMORA-CHAVARRIA,
a/k/a "ENCARNACION ZAMORA,"

       Defendant.

_____/

## REPORT AND RECOMMENDATION OF CHANGE OF PLEA

**THIS CAUSE** is before the undersigned upon an Order of Reference from the Honorable Donald M. Middlebrooks, United States District Judge for the Southern District of Florida, to conduct a hearing for acceptance of a guilty plea by the defendant in the above-referenced case. **[DE 15]**. This Court, having conducted a change of plea hearing on August 6, 2010, makes the following recommendation:

    1.    On August 6, 2010, this Court convened a hearing to permit Defendant to enter a change of plea in this case. This Court advised Defendant of the right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised Defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the agreement of Defendant, defense counsel, and the Assistant United States Attorney assigned to the case. This Court further advised

CASE NO.: 10-CR-20498-MIDDLEBROOKS

Defendant that the District Judge assigned to this case would be the sentencing judge and

would make all findings and rulings concerning Defendant's sentence and would conduct

a sentencing hearing at a time set by the District Court.

2.      This Court advised Defendant that Defendant did not have to permit the

undersigned United States Magistrate Judge to conduct this hearing and could require that

the change of plea hearing be conducted only by a United States District Judge. Defendant,

defense counsel, and the Assistant United States Attorney assigned to the case all agreed

on the record and consented to this Court conducting the change of plea hearing.

3.      This Court conducted a plea colloquy in accordance with the outline set forth

in the Bench Book for District Judges.

4.      There is no written plea agreement in this case. Defendant pled guilty to

Count 1 set forth in the Indictment as follows:

On or about May 26, 2010, in Miami-Dade County, in the Southern District of
Florida, the defendant, DONALD ZAMORA-CHAVARRIA, a/k/a "Encarnacion
Zamora," an alien, having previously been removed and deported from the
United States on or about June 24, 1997, was found to be in the United
States, knowingly and unlawfully, without the Attorney General of the United
States or his successor, the Secretary of Homeland Security (Title 6, United
States Code, Sections 202(3), 202(4) and 557), having expressly consented to
such alien's reapplying for admission to the United States, in violation of Title
8, United States Code, Section 1326(a) and (b)(2).

5.      The government stated a factual basis for the entry of the plea, which

included all of the essential elements of the crimes to which Defendant is pleading guilty,

CASE NO.: 10-CR-20498-MIDDLEBROOKS

and any sentencing enhancements and/or aggravating factors that may be applicable. The government also announced the possible maximum penalty in respect to the Indictment. Defendant acknowledged the possible maximum penalty which could be imposed in this case.

6.    Based upon all the foregoing and the plea colloquy conducted by this Court, the undersigned recommends to the District Court that Defendant be found to have freely and voluntarily entered a guilty plea to the Indictment, as more particularly described herein, and that Defendant be adjudicated guilty of the offense.

7.    A pre-sentence investigation is being prepared for the District Court by the United States Probation Office, and sentencing has been set for **Tuesday, October 19, 2010, at 2:00 p.m., at the United States District Court, Southern District of Florida, in the James Lawrence King Federal Justice Building, 11th Floor, Courtroom 1, 99 N.E. 4th Street, Miami, Florida.**

**ACCORDINGLY**, the undersigned recommends to the District Court that Defendant's plea of guilty be accepted, that Defendant be adjudicated guilty of the offense to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with United States District Judge

CASE NO.: 10-CR-20498-MIDDLEBROOKS

Donald M. Middlebrooks.

**DONE AND SUBMITTED** at Miami, Florida, this ___ day of August 2010.

**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc:     Hon. Donald M. Middlebrooks
        Counsel of Record
        United States Probation, U.S. District Court